DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Summa Western Reserve Hospital, ) | |
| ) | CASE NO. 5:11 CV 1393 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| AssureCare, ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's motion for default judgment in the amount of $24,702.68, plus costs and interest at the legal rate per annum from the date of judgment, is GRANTED.

Defendant is ordered to pay plaintiff the sum of $24,702.68, plus costs and interest at the legal rate per annum from the date of judgment.

The Clerk is directed to mail a copy of this Judgment Entry to defendant at its address of record.

IT IS SO ORDERED.

  April 18, 2012                              *s/ David D. Dowd, Jr.*
Date                                          David D. Dowd, Jr.
                                              U.S. District Judge